Before the Second Division, November 12, 1953

**No. 57615.**—Artgift Corporation v. United States, protest 175933-K (B) (New York).

Opinion by Lawrence, J.   In accordance with oral stipulation of counsel that the merchandise in question consists of a manufactured, finished article, in

which the component material of chief value is a compound of cellulose acetate, not specially provided for, the claim of the plaintiff was sustained.